UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

RECEIVED BY MAIL
OCT 23 2017
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

Wayne Nicolaison

Plaintiff,

vs.

Hennepin County,

Defendant.

D.C. file no._____

MOTION FOR APPONTMENT OF COUNSEL.

## MOTION

Comes now the above-named Plaintiff Wayne Nicolaison and moves in this Court for the appointment of counsel.

This Motion is supported upon the Complaint and declaration of poverty.

The Court and the Plaintiff would best be served by appointment of counsel.

Respectfully submitted

Wayne Nicolaison
Wayne Nicolaison
Plaintiff / Pro se
1111 Hwy 73
Moose Lake, mn. 55767

10-18-17



SCANNED
OCT 23 2017
U.S. DISTRICT COURT MPLS