UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

RECEIVED BY MAIL
OCT 23 2017
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

Wayne Nicolaison

Plaintiff,

vs.

Hennepin County,

Defendant.

D.C. file no. 17cv4769 JRT/DTS

AFFIDAVIT IN SUPPORT TO BE GRANTED IN FORMA PAUPERIS.

State of Minnesota  )
                    )ss
County of Carlton   )

Comes now the above Named Plaintiff Wayne Nicolaison being first duly sworn upon oath depose and state as follows

1. That your affiant by reason of poverty cannot bear the costs of this action..
2. That your affiant only source of funds is public assistance.
3. That your affiant has no money, property or stocks, bonds.
4. That your affiant submitted the Certificate to Resident Accounts who refused to fill out the Certificate Portion of the Form. [See attached.]
5. That your affiant believes he is entitled to the relief demanded.

Under the penalty of perjury I swear the above is true and correct.

Wayne Nicolaison
Plaintiff/Pro se
1111 HWY 73
Moose Lake, MN. 55767

Subscribed and Sworn to before me
This date of Oct. 18. 2017.

Notary Public

DENISE MICHELE FISHER
NOTARY PUBLIC
MINNESOTA
Commission Expires Jan. 31, 2018

SCANNED
OCT 23 2017
U.S. DISTRICT COURT MPLS