17-cv-4769
JRT/DTS

## MSOP
## Client Banking Account Statement

| | | | |
|---|---|---|---|
| **Statement Date:** | Wednesday, May 31, 2017 | Beginning Balance: | 21.35 |
| **Statement Period:** | 5/1/2017 Through 5/31/2017 | Total Deposits: | 76.06 |
| | | Total Withdrawals: | 78.15 |
| **Name:** | NICOLAISON, WAYNE, CARL | Interest: | 0.08 |
| **LivingUnit:** | COMPLEX 1D | End Balance: | 19.34 |
| **Social Worker:** | | | |
| | | Holds: | 0.00 |
| | | Held Checks: | 0.00 |
| | | Available Balance: | 19.34 |

**Account**   12399

*** Transactions List ***

| Date | Type | Number | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 5/4/2017 | Reg Dep | 15217103 | ST OF MN CK | 76.06 | | 97.41 |
| 5/4/2017 | Trn Out | 15217645 | POSTAGE | | 0.46 | 96.95 |
| 5/8/2017 | Trn Out | 15218105 | POSTAGE | | 0.46 | 96.49 |
| 5/8/2017 | Trn Out | 15218837 | SCRIP | | 10.00 | 86.49 |
| 5/11/2017 | Hold | 15221128 | MSOP Canteen Hold | | | 86.49 |
| 5/20/2017 | Trn Out | 15225445 | MSOP Canteen Transfer | | 59.32 | 27.17 |
| 5/22/2017 | Trn Out | 15226462 | POSTAGE | | 0.46 | 26.71 |
| 5/22/2017 | Trn Out | 15227420 | SCRIP | | 5.00 | 21.71 |
| 5/15/2017 | Trn Out | 15230028 | HIMS/COPIES/NICOLAISON | | 2.45 | 19.26 |
| 5/31/2017 | Int | 15232846 | 04/01/1017-04/20/2017 | | | 19.34 |

*** End of Statement***



## MSOP
### Client Banking Account Statement

| | | | |
|---|---|---|---|
| **Statement Date:** Friday, June 31, 2017 | | **Beginning Balance:** | 19.34 |
| **Statement Period:** 6/1/2017 Through 6/30/2017 | | **Total Deposits:** | 109.98 |
| | | **Total Withdrawals:** | 107.44 |
| **Name:** NICOLAISON, WAYNE, CARL | | **Interest:** | 0.04 |
| **LivingUnit:** COMPLEX 1D | | **End Balance:** | 21.92 |
| **Social Worker:** | | | |
| | | **Holds:** | 0.00 |
| | | **Held Checks:** | 0.00 |
| | | **Available Balance:** | 19.34 |

**Account** 12399

*** Transactions List ***

| Date | Type | Number | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 6/5/2017 | Reg Dep | 15234904 | ST OF MN CK | 97.00 | | 116.34 |
| 6/5/2017 | Trn Out | 15236064 | SCRIP | | 10.00 | 106.34 |
| 6/6/2017 | Trn Out | 15237126 | POSTAGE | | 0.46 | 105.88 |
| 6/6/2017 | Trn Out | 15237202 | POSTAGE | | 0.46 | 105.42 |
| 6/7/2017 | Trn Out | 15238338 | DAEDALUS MUSIC, PAYMENT | | 26.91 | 78.51 |
| 6/9/2017 | Hold | 15239674 | MSOP Canteen Hold | | | 78.51 |
| 6/12/2017 | Trn Out | 15239976 | COPIES/LEGAL/NICOLAISON | | 0.09 | 78.42 |
| 6/12/2017 | Trn Out | 15239981 | COPIES/LEGAL/NICOLAISON | | 12.00 | 66.42 |
| 6/12/2017 | Trn Out | 15240004 | POSTAGE | | 0.46 | 65.96 |
| 6/12/2017 | Trn Out | 15240478 | BEAN BAGS | | 5.10 | 60.86 |
| 6/14/2017 | Trn Out | 15243060 | MSOP Canteen Transfer | | 39.14 | 21.72 |
| 6/15/2017 | Trn Out | 15244351 | POSTAGE | | 1.40 | 20.32 |
| 6/15/2017 | Trn Out | 15244353 | POSTAGE | | 0.46 | 19.86 |
| 6/22/2017 | Hold | 15243060 | MSOP Canteen Hold | | | 19.86 |
| 6/22/2017 | Int | 15249205 | 05/01/2017-05/31/2017 | | | 19.90 |
| 6/24/2017 | Trn Out | 15250568 | MSOP Canteen Transfer | | 5.04 | 14.86 |
| 6/26/2017 | Reg Dep | 15251107 | DAEDALUS BOOKS | 12.98 | | 27.84 |
| 6/26/2017 | Trn Out | 15251533 | POSTAGE | | 0.46 | 27.38 |
| 6/26/2017 | Trn Out | 15251535 | POSTAGE | | 0.46 | 26.92 |
| 6/26/2017 | Trn Out | 14252153 | SCRIP | | 5.00 | 21.92 |

*** End of Statement ***

## MSOP
### Client Banking Account Statement

| | | | | |
|---|---|---|---|---|
| **Statement Date:** | Friday, July 31, 2017 | | Beginning Balance: | 21.92 |
| **Statement Period:** | 7/1/2017 Through 7/31/2017 | | Total Deposits: | 97.00 |
| | | | Total Withdrawals: | 67.35 |
| **Name:** | NICOLAISON, WAYNE, CARL | | Interest: | 0.00 |
| **LivingUnit:** | COMPLEX 1D | | End Balance: | 21.92 |
| **Social Worker:** | | | | |
| | | | Holds: | 8.80 |
| | | | Held Checks: | 0.00 |
| | | | Available Balance: | 42.77 |

**Account**   12399

*** Transactions List ***

| Date | Type | Number | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 7/5/2017 | Trn Out | 15256179 | POSTAGE | | 0.46 | 21.46 |
| 7/5/2017 | Trn Out | 15256589 | POSTAGE | | 0.46 | 21.00 |
| 7/5/2017 | Trn Out | 15256591 | POSTAGE | | 0.46 | 20.54 |
| 7/5/2017 | Trn Out | 15256593 | POSTAGE | | 0.46 | 20.08 |
| 7/5/2017 | Trn Out | 15256595 | POSTAGE | | 0.46 | 19.62 |
| 7/6/2017 | Reg Dep | 15257285 | ST OF MN CK | 97.00 | | 116.62 |
| 7/7/2017 | Hold | 15257709 | MSOP Canteen Hold | | | 116.62 |
| 7/10/2017 | Trn Out | 15258836 | SCRIP | | 10.00 | 106.62 |
| 7/11/2017 | Trn Out | 15259431 | POSTAGE | | 0.46 | 106.16 |
| 7/11/2917 | Trn Out | 15259433 | POSTAGE | | 0.46 | 105.70 |
| 7/12/2017 | Trn Out | 15260538 | MSOP Canteen Transfer | | 53.46 | 52.24 |
| 7/13/2017 | Trn Out | 15262325 | POSTAGE | | 0.67 | 51.57 |
| 7/14/2017 | Hold | 15262518 | MSOP Canteen Hold | | | 51.57 |
| 7/18/2017 | Trn Out | 15264488 | POSTAGE | | 1.82 | 49.75 |
| 7/19/2017 | Trn Out | 15264904 | MSOP Canteen Transfer | | 8.82 | 40.93 |
| 7/21/2017 | Hold | 15266481 | MSOP Canteen Hold | | | 40.93 |
| 7/24/2017 | Trn Out | 15267123 | POSTAGE | | 0.46 | 40.47 |
| 7/26/2017 | Trn Out | 15268905 | MSOP Canteen Transfer | | 9.99 | 30.48 |
| 7/28/2017 | Int | 15270784 | 06/01/2017-06/30/2017 | | | 30.51 |

*** End of Statement ***

## MSOP
### Client Banking Account Statement

| | | | |
|---|---|---|---|
| **Statement Date:** | Tuesday, August 16, 2017 | Beginning Balance: | 30.51 |
| **Statement Period:** | 8/1/2017 Through 8/31/2017 | Total Deposits: | 97.00 |
| | | Total Withdrawals: | 78.84 |
| **Name:** | NICOLAISON, WAYNE, CARL | Interest: | 0.00 |
| **Living Unit:** | COMPLEX 1E | End Balance: | 24.17 |
| **Social Worker:** | | Holds: | 00.00 |
| | | Held Checks: | 0.00 |
| | | Available Balance: | 24.17 |

**Account**  12399

*** Transactions List ***

| Date | Type | Number | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 8/2/2017 | Reg Dep | 15274692 | ST OF MN CK | 97.00 | | 127.51 |
| 8/3/2017 | Trn Out | 15275367 | POSTAGE | | 0.46 | 127.05 |
| 8/4/2017 | Hold | 15275547 | MSOP Canteen Hold | | | 127.05 |
| 8/7/2017 | Trn Out | 15276494 | SCRIP | | 10.00 | 117.05 |
| 8/11/2017 | Hold | 15280153 | MSOP Canteen Hold | | | 117.05 |
| 8/16/2017 | Trn Out | 15282298 | MSOP Canteen Transfer | | 57.25 | 59.80 |
| 8/16/2017 | Trn Out | 15282908 | MSOP Canteen Transfer | | 11.13 | 48.67 |
| 8/18/2017 | Hold | 15284485 | MSOP Canteen Hold | | | 48.67 |
| 8/23/2017 | Trn Out | 15286859 | MSOP Canteen Transfer | | 14.50 | 34.17 |
| 8/23/2017 | Trn Out | 15288924 | SCRIP | | 10.00 | 24.17 |

***End of Statement ***

## MSOP
## Client Banking Account Statement

| | | | |
|---|---|---|---|
| **Statement Date:** | Monday, September 18, 2017 | Beginning Balance: | 24.17 |
| **Statement Period:** | 9/1/2017 Through 9/15/2017 | Total Deposits: | 97.00 |
| | | Total Withdrawals: | 51.53 |
| **Name:** | NICOLAISON, WAYNE, CARL | Interest: | 0.03 |
| **Living Unit:** | COMPLEX 1E | End Balance: | 69.67 |
| **Social Worker:** | | | |
| | | Holds: | |
| | | Held Checks: | 55.83 |
| | | Available Balance: | 13.84 |

**Account**  12399

### *** Transactions List ***

| Date | Type | Number | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 9/7/2017 | Trn Out | 15294860 | POSTAGE | | 0.46 | 23.71 |
| 9/8/2017 | Hold | 15295167 | MSOP Canteen Hold | | | 23.71 |
| 9/11/2017 | Reg Dep | 15295571 | ST OF MN CK | 97.00 | | 120.71 |
| 9/11/2017 | Trn Out | 15296604 | SCRIP | | 5.00 | 115.71 |
| 9/21/2017 | Int | 15298107 | 07/01/2017-07/31/2017 | | | 115.74 |
| 9/13/2017 | Chk Req | 15299696 | SPIRITS TIMELESS ENT., PAYMENT | | 37.93 | 77.81 |
| 9/13/2017 | Trn Out | 15299743 | MSOP Canteen Transfer | | 7.68 | 70.13 |
| 9/13/2017 | Trn Out | 15301718 | POSTAGE | | 0.46 | 69.67 |
| 9/15/2017 | Hold | 15301854 | MSOP Canteen Hold | | | 69.67 |
| 9/19/2017 | Trn Out | 15304197 | POSTAGE | | 0.46 | 69.21 |
| 9/20/2017 | Trn Out | 15304549 | MSOP Canteen | | 55.87 | 13.34 |
| 9/25/2017 | Trn Out | 15306470 | POSTAGE | | 1.40 | 8.19 |

| 9/28/2017 | Int | 15309965 | 08/01/2017-08/31/2017 | 8.25 |

***End of Statement ***